

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
AUG 15 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN DAVID NICKOLS,<br>a/k/a "Buck,"<br><br>Defendant. | Case No. **22CR271 JFH**<br><br>INDICTMENT<br>[COUNT ONE: 18 U.S.C. §§ 1151, 1152, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 Years of Age in Indian Country; COUNT TWO: 18 U.S.C. §§ 2251(a) and 2251(e) – Sexual Exploitation of a Child] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [18 U.S.C. §§ 1151, 1152, and 2241(c)]

From on or about March 1, 2020, to on or about August 31, 2020, within Indian Country in the Northern District of Oklahoma, the defendant, **GLENN DAVID NICKOLS,** a/k/a "Buck," a non-Indian, knowingly engaged and attempted to engage in a sexual act on R.H., an Indian child known to the Grand Jury who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1152, and 2241(c).

## COUNT TWO
**[18 U.S.C. §§ 2251(a) and 2251(e)]**

From on or about March 1, 2020, to on or about August 31, 2020, in the Northern District of Oklahoma, the defendant, **GLENN DAVID NICKOLS,** a/k/a "Buck," employed, used, persuaded, induced, enticed, and coerced R.H., a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone, and were mailed, transported and transmitted using a means and facility of interstate and foreign commerce and in or affecting interstate commerce, including by computer and cellular phone.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
CHRISTOPHER J. NASSAR
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson